**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KKG, LLC | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-cv-00012-JRG |
| | § | |
| REYNOLDS CONSUMER PRODUCTS | § | |
| INC., WAL-MART STORES, INC., and | § | |
| AMAZON.COM, INC., *et al.,* | § | |
| | § | |
|     Defendants. | | |

**<u>ORDER</u>**

During a hearing on June 7, 2013, the Court heard argument on Defendants' Emergency Motion for Reconsideration (Dkt. No. 227).

After considering the parties' written submissions and oral argument, the Court hereby **DENIES** Defendants' Emergency Motion for Reconsideration (Dkt. No. 227), pursuant to the Court's reasoning as fully set forth in the record.

The Unopposed Motion to Expedite Briefing on Defendants' Emergeny Motion for Reconsideration (Dkt. No. 228) is **DENIED** as moot.

**So ORDERED and SIGNED this 7th day of June, 2013.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE