**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KKG LLC,<br>*Plaintiff*,<br>v.<br><br>REYNOLDS CONSUMER PRODUCTS INC.<br>WAL-MART STORES, INC., and<br>AMAZON.COM., INC.<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civ. No. 2:11-cv-00012-JRG |

**PLAINTIFF KKG, LLC'S UNOPPOSED**
**<u>MOTION FOR DISMISSAL OF WAL-MART STORES, INC. WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41 and a settlement agreement reached by some of the parties to this action, Plaintiff KKG, LLC ("KKG") moves that the Court dismiss all claims that were brought by KKG against Defendant Wal-Mart Stores, Inc. only and all counterclaims that were brought by Wal-Mart Stores, Inc. against KKG. The respective parties are to bear their own attorney's fees and litigation costs.

WHEREFORE, Plaintiff KKG respectfully requests that the above-captioned matter be dismissed with prejudice as to Defendant Wal-Mart Stores, Inc. only.

Respectfully submitted,

By: [signature]

George T. Shipley
State Bar No. 18267100
Federal ID No. 2118
**SHIPLEY SNELL MONTGOMERY LLP**
712 Main Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
E-Mail: gshipley@shipleysnell.com

ATTORNEYS FOR PLAINTIFF KKG, LLC

Of Counsel:

Amy L. Snell
State Bar No. 24002968
Federal ID No. 23039
Laina R. Miller
State Bar No. 24037114
Federal ID No. 36597
**SHIPLEY SNELL MONTGOMERY LLP**
712 Main Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
E-Mail: asnell@shipleysnell.com
E-Mail: lmiller@shipleysnell.com

Kevin Lynn Wildenstein
**SOUTHWEST INTELLECTUAL PROPERTY SVCS., LLC**
9400 Holly Avenue NE, Building 4
Albuquerque, New Mexico 87122
Telephone: (505) 944-2500
Facsimile: (505) 944-2501
E-Mail: klw@swiplaw.com

Dated: June 10, 2013

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that I have conferred with counsel for Reynolds Consumer Products Inc. and Wal-Mart Stores, Inc. and they are unopposed to the motion.

George T. Shipley

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June 2013, the foregoing was sent to the following attorneys of record:

Ms. Mary-Olga Lovett
Mr. Anthony F. Matheny
Ms. Aimee M. Housinger
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
**BY E-FILING AND E-MAIL**

Mr. Scott J. Bornstein
Mr. Allan A. Kassenoff
Ms. Kate Hutchins
Ms. Julie P. Bookbinder
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
**BY E-FILING AND E-MAIL**

George T. Shipley