IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KKG, LLC, § § *Plaintiff*, § § v. § C.A. NO. 2:11-cv-00012-JRG § REYNOLDS CONSUMER PRODUCTS INC., § WAL-MART STORES, INC., and § AMAZON.COM, INC., § § *Defendants*. § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Jury Instruction. As used herein, "KKG" means KKG, LLC. As used herein, "Reynolds" means Reynolds Consumer Products Inc.

**Question No. 1:**

Did KKG prove by a preponderance of the evidence that Reynolds directly infringed Claim 16 of the '764 Patent? **Answer YES or NO.**

Answer: __No__

**Question No. 2:**

ANSWER QUESTION 2 IF YOU ANSWERED "YES" FOR THE CLAIM LISTED IN QUESTION 1. OTHERWISE, DO NOT ANSWER QUESTION 2.

If you have found Claim 16 of the '764 Patent infringed, did KKG prove by clear and convincing evidence that Reynolds' infringement was willful? **Answer YES or NO.**

Answer: _____

**Question No. 3:**

Do you find that Reynolds has proven by clear and convincing evidence that Claim 16 of the '764 Patent is invalid? **Answer YES or NO.**

Answer: __No__

**Question No. 4:**

ANSWER QUESTION 4 IF YOU HAVE ANSWERED "YES" TO QUESTION 1 AND "NO" TO QUESTION 3. OTHERWISE, DO NOT ANSWER QUESTION 4.

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate KKG for Reynolds' infringement from March 27, 2009 through the time of trial?

$ ███████████████████████████

Signed this __14__ day of June, 2013.

███████████████████████████
JURY FOREPERSON

2