IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)

| | | |
|---|---|---|
| KKG, LLC, | ' | |
| Plaintiff, | ' | |
| v. | ' | CASE NO. 2:11-cv-00012-JRG |
| | ' | |
| REYNOLDS CONSUMER PRODUCTS INC., | ' | |
| | ' | |
| Defendant. | ' | |

**PLAINTIFF KKG, LLC'S AND DEFENDANT REYNOLDS CONSUMER PRODUCTS INC.'S STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is hereby dismissed with prejudice; and

2. All claims by KKG, LLC and Reynolds Consumer Products Inc. against each other in this action are dismissed with prejudice; and

3. Each party to bear its own costs, expenses and attorney's fees.


Dated:  January 10, 2014

Respectfully submitted,

By: /s/  Allan A. Kassenoff
Mary-Olga Lovett
Texas State Bar No.:  00789289
Southern District of Texas Bar No. 17743
E-Mail:  lovettm@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 374-3500
Facsimile:  (713) 374-3505

Scott J. Bornstein
E-mail: bornsteins@gtlaw.com
Allan A. Kassenoff
E-mail: kassenoffa@gtlaw.com
Julie P. Bookbinder

E-mail: bookbinderj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**COUNSEL FOR REYNOLDS
CONSUMER PRODUCTS INC.**

By: /s/  George T. Shipley_____
George T. Shipley
Texas State Bar No. 18267100
Federal ID No. 2118
E-Mail: gshipley@shipleysnell.com
Amy L. Snell
Texas State Bar No. 24002968
Federal ID No. 23039
E-Mail: asnell@shipleysnell.com
Laina R. Miller
Texas State Bar No. 24037114
Federal ID No. 36597
E-Mail: lmiller@shipleysnell.com
SHIPLEY SNELL MONTGOMERY LLP
712 Main Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057

Kevin Lynn Wildenstein
SOUTHWEST INELLECTUAL PROPERTY
SVCS., LLC
9400 Holly Avenue, NE, Building 4
Albuquerque, New Mexico 87122
Telephone: (505) 944-2500
Facsimile: (505) 944-2501
E-Mail: klw@swiplaw.com

**COUNSEL FOR KKG, LLC**

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 10th day of January 2014.  Any other counsel of record will be served by facsimile transmission and first class mail.

/s/  Allan A. Kassenoff
Allan A. Kassenoff